No. 00–6040.   WHITLEY v. HALL ET AL.   Sup. Ct. Fla.   Certiorari denied.

No. 00–6042.   UNDERWOOD v. GIBSON ET AL.   C. A. 5th Cir. Certiorari denied.

No. 00–6045.   BAILEY v. VIRGINIA.   Sup. Ct. Va.   Certiorari denied.

No. 00–6049.   SIMMONS v. SCHOMIG, WARDEN.   C. A. 7th Cir. Certiorari denied.

No. 00–6050.   SPIVEY v. ROCHA, WARDEN.   C. A. 9th Cir. Certiorari denied.

No. 00–6062.   FULLER v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 00–6073.   JENNINGS v. PAROLE BOARD OF VIRGINIA.   C. A. 4th Cir.   Certiorari denied.

No. 00–6077.   REID v. INDIANA.   Ct. App. Ind.   Certiorari denied.

No. 00–6078.   WALLACE v. BROYLES, WARDEN.   C. A. 7th Cir. Certiorari denied.

No. 00–6079.   WHITE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.   C. A. 5th Cir.   Certiorari denied.

No. 00–6080.   BENNETT v. LAKE HAVASU CITY, ARIZONA, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 00–6082.   RANES v. OVERTON, DEPUTY DIRECTOR, MICHIGAN DEPARTMENT OF CORRECTIONS.   C. A. 6th Cir.   Certiorari denied.

No. 00–6084.   BIRDWELL v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.   Certiorari denied.

No. 00–6091.   DAVIS v. BUTLER ET AL.   C. A. 10th Cir.   Certiorari denied.